# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Marjorie Higgins,

    Plaintiff,        Civil No. 09-2238 (RHK/RLE)

vs.

                   **ORDER**

Global Credit & Collection Corp., Jane Doe,

    Defendants.

---

  This matter is venued in the Fifth Division.

  All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: August 27, 2009

                  s/Richard H. Kyle
                  RICHARD H. KYLE
                  United States District Judge